McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Frank A. Toddre, II
Nevada Bar No. 11474
  *frank.toddre@mccormickbarstow.com*
Julianne M. Ference
Nevada Bar No. 16164C
  *julianne.ference@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO General Insurance
Company erroneously sued and served herein as
GEICO Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| VASSIL TZEKOV, an Individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GEICO INSURANCE COMPANY, an individual, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00548-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF Nos. 16, 22 |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:22-cv-00548-JAD-NJK
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Re: <u>Vassil Tzekov v. GEICO General Insurance</u>
Case No. 2:22-cv-00548-JAD-NJK

Each party will bear their own costs and attorney's fees.

Dated: August 9, 2022                                    MARATHON LAW GROUP, PLLC

                                                          By: ___/s/ Boris Avramski___
                                                          Boris Avramski, Esq., Nevada Bar No. 11350
                                                          Joseph W. Riccio, Esq., Nevada Bar No. 10971
                                                          2012 Hamilton Ln.
                                                          Las Vegas, NV 89106
                                                          Tel: 702-522-1808
                                                          Attorneys for Plaintiff

Dated: August 9, 2022                                    McCORMICK, BARSTOW, SHEPPARD,
                                                          WAYTE & CARRUTH LLP

                                                          By: ___/s/ Jonathan W. Carlson___
                                                          Jonathan W. Carlson,
                                                          Nevada Bar No. 10536
                                                          Frank A Toddre, II
                                                          Nevada Bar No. 11474
                                                          Julianne M Ference
                                                          Nevada Bar No. 16164C
                                                          Attorneys for GEICO General Insurance Company
                                                          erroneously sued and served herein as GEICO Insurance
                                                          Company

### ORDER

Based on the parties' stipulation [ECF No. 22] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. The pending motion to dismiss **[ECF No. 16] is DENIED** as moot. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 9, 2022